UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RICHARD J. McWHORTER,<br><br>             Defendant. | No. CV-06-5009-FVS<br><br>ORDER |

**THIS MATTER** comes before the Court for consideration of four motions. The plaintiff is represented by Timothy M. Durkin; the defendant by JoAnne G. Comins Rick.

**RULING**

1. The United States' motion for additional time (**Ct. Rec. 18**) is **GRANTED**.

2. The Court declines to convert defendant Richard McWhorter's motion to dismiss into a motion for summary judgment.

3. Mr. McWhorter's motion to dismiss (**Ct. Rec. 8**) is **DENIED** because the United States may be able to prove that the Federal Aviation Administration issued and served the order(s) upon which this action is based. *See, e.g., Thinket Ink Infor. Res., Inc. v. Sun Microsystems, Inc.*, 368 F.3d 1053, 1061 (9th Cir.2004); *Williamson v.*

ORDER - 1


*Gen. Dynamics Corp.*, 208 F.3d 1144, 1149 (9th Cir.2000).

4. The United States' motion to amend (**Ct. Rec. 22**) is **GRANTED**. *Provided, the amended complaint shall clearly identify each order upon which the action is based and a copy of each order shall be attached to the amended complaint.*

5. The United States' motion for a continuance (**Ct. Rec. 27**) is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this   10th   day of May, 2006.

          s/ Fred Van Sickle
          Fred Van Sickle
     United States District Judge

ORDER - 2